UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOSEPH YOUNG )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY )<br>)<br>Defendant )<br>_____) | CASE NO. CV 14 – 8362 (SP)<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920<br><br>_____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $4,000.00, subject to the terms of the stipulation.

Dated:   June 29, 2016

_____
Sheri Pym
U.S. Magistrate Judge